UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ADOLPH P. SICHERI, ESQUIRE
NJ Attorney ID# 011351979
SICHERI & SICHERI, P.C.
1160 Beacon Avenue, PO Box 696
Manahawkin, New Jersey 08050
Telephone: (609) 597-9261
Telefax:    (609) 597-1536
Attorneys for DEBTORS

In re  CHARLES A. WILSON and SHERI KRISTEN WILSON
*[Set forth here all names including married, maiden, and trade names used by debtor within last 6 years.]*
Debtor

Address: 1207 Galley Avenue, Manahawkin, NJ 08050

Case No. 14-30362

Chapter 13

Employer's tax Identification (EIN) Nos [if any}

Last four digits of Social Security No.: 1479 and 3795

### CERTIFICATION OF CO-DEBTOR IN OPOSITION TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

SHERI KRISTIN WILSON of full age certify as follows:

1. I am the Co- Debtor in the above captioned matter and I am make this certification in opposition to the motion filed by M T Bank, the Bank that holds a first mortgage on my principal residence.

2. The Motion filed by M& T Bank on October 12, 2016 alleges that my husband and I are in arrears of $4,670.85 on post petition Mortgage Payments (three mortgage payments). My husband and I only owe the October mortgage payment of $1,556.95 which I have deposited in the US Mail this date. The Mortgage provides for a grace period and we are still in time to make the October Mortgage Payment.

3. Since my husband and I are current in our post petition Mortgage payments I respectfully request that the Motion for relief from the automatic stay be denied.

4. The statements contained herein are true to my personal knowledge and belief.

*Sheri Kristin Wilson* 10-21-16

SHERI KRISTIN WILSON