| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Charles A. Wilson<br>Sheri Kristin Wilson | Case Number:  14-30362<br><br>Chapter:  13<br><br>Judge:  Gravelle |

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO:  Charles A. & Sheri Kristin Wilson
      Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE:  11/7/2019                JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*