Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.: 14−30362−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles A. Wilson | Sheri Kristin Wilson |
| 1207 Galley Ave | 1207 Galley Ave |
| Manahawkin, NJ 08050 | Manahawkin, NJ 08050 |

Social Security No.:
   xxx−xx−1479                                        xxx−xx−3795

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 31, 2020</u>                 <u>Christine M. Gravelle</u>
                                                    Judge, United States Bankruptcy Court